IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS PADILLA, JORGE ORTIZ, and DEMETRIO PADILLA | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NUMBER:<br>) 2:17-cv-01826-MHH<br>) |
| REDMONT PROPERTIES, LLC, REDMONT PROPERTIES E.G., LLC, REDMONT PROPERTIES OF HOMEWOOD, LLC, FRED G. NUNNELLEY, III, and RM MANAGEMENT, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs Carlos Padilla, Jorge Ortiz, and Demetrio Padilla ("Plaintiffs") and Defendants Redmont Properties, LLC, Redmont Properties E.G., LLC, Redmont Properties of Homewood, LLC, Fred G. Nunnelley, III, and RM Management, LLC ("Defendants") and hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all of Plaintiffs' claims against Defendants in this case that do not arise under the Fair Labor Standards Act are dismissed WITH PREJUDICE, with each party to bear his or its own costs.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE. FURTHER, THE PARTIES HAVE AGREED THAT DAVID L. WARREN, JR. WILL E-FILE THE FOREGOING JOINT STIPULATION OF DISMISSAL.

Respectfully submitted this the 31st day of May, 2018.

| | |
|---|---|
| Vicenta Bonet-Smith, Esq. | David L. Warren, Jr., Esq. |
| BONET & SMITH, P.C. | OGLETREE, DEAKINS, NASH, |
| 3499 Independence Dr. | SMOAK & STEWART, P.C. |
| Birmingham, AL 35209 | 420 20th Street North, Suite 1900 |
| Telephone: (205) 870-2222 | Birmingham, AL 35203 |
| Phone: 205.502.0970 | Telephone: (205) 328-1900 |
| Facsimile: (205) 870-3331 | Facsimile: (205) 328-6000 |
| Vicenta@bonetsmith.com | david.warren@ogletreedeakins.com |
| **Attorney for Plaintiffs** | **Attorney for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2018, I electronically filed the foregoing *Joint Stipulation of Dismissal* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Vicenta Bonet-Smith
Bonet & Smith, P.C.
3499 Independence Dr.
Birmingham, AL 35209
Telephone: (205) 870-2222
Facsimile: (205) 870-3331
Vicenta@bonetsmith.com

Of Counsel

2